THE HONORABLE ROBERT B. LEIGHTON

**11-CV-05112-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of: DOUGLAS RAY, <br><br> Debtor. <br><br> BATTLE GROUND PLAZA, INC., <br><br> Appellant, <br><br> v. <br><br> DOUGLAS RAY, et al., <br><br> Appellees. | Bankruptcy No. 00-36568 <br><br> **No.: 11-05112RBL** <br><br> ORDER ON APPELLEES' MOTION REQUESTING COURT TO TAKE JUDICIAL NOTICE |

Appellees moved this Court to take judicial notice of the Memorandum Opinion filed in the state court action on June 29, 2011.  This Court having reviewed Appellees' motion [and Appellant's response], Appellees' motion is hereby GRANTED.

DATED: _September 20, 2011_

_RWBLeighton_

JUDGE ROBERT B. LEIGHTON

13448612.1

ORDER ON APPELLEES' MOTION REQUESTING COURT TO TAKE      Page 1
JUDICIAL NOTICE
No.: 11-05112RBL

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930