THE HONORABLE ROBERT B. LEIGHTON

**11-CV-05112-ORD**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In the Matter of: DOUGLAS RAY,<br><br>Debtor. | Bankruptcy No. 00-36568 |
| BATTLE GROUND PLAZA, INC.,<br><br>Appellant,<br><br>v.<br><br>DOUGLAS RAY, et al.,<br><br>Appellees. | No.: 11-05112RBL<br><br>ORDER ON APPELLEES' MOTION REQUESTING COURT TO TAKE JUDICIAL NOTICE |

Appellees moved this Court to take judicial notice of the Memorandum Opinion filed in the state court action on June 29, 2011. This Court having reviewed Appellees' motion [and Appellant's response], Appellees' motion is hereby GRANTED.

DATED: September 20, 2011

_____
JUDGE ROBERT B. LEIGHTON

13448612.1

ORDER ON APPELLEES' MOTION REQUESTING COURT TO TAKE
JUDICIAL NOTICE
No.: 11-05112RBL

Page 1

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930